ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 15 2022

Kevin P. Weimer, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRILL BANKS | Criminal Indictment<br><br>No. 1:22-CR-0083 |

THE GRAND JURY CHARGES THAT:

### Count One
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about March 6, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Lawrenceville Highway, in Decatur, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Two
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about March 19, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Lawrenceville Highway in Decatur, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Three
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about March 27, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Tilly Mill Rd., in Atlanta, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Four
### (Brandishing a Firearm during a Crime of Violence – 18 U.S.C. § 924(c))

On or about March 27, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did knowingly carry and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count Four of this Indictment, and during and in relation to the commission of the offense, did brandish a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(ii).

## Count Five
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about April 27, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Ponce De Leon Avenue, in Atlanta, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Six
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about May 1, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Tilly Mill Rd., in Atlanta, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Seven
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about May 2, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Peachtree Dunwoody Rd., in Atlanta, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Eight
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about May 9, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, did attempt to obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully attempting to take and obtain property from the person and presence of an employee of Home Depot located on Lawrenceville Highway, in Lilburn, Georgia, a business then engaged in and affecting interstate commerce, against the will of the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Count Nine
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about July 24, 2019, in the Northern District of Georgia, the defendant, TERRILL BANKS, and an individual whose identity is unknown to the Grand Jury, aided and abetted by each other, did obstruct, delay, and affect commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by means of robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property from the person and presence of an employee of Home Depot located on Cumberland Parkway, in Riverdale, Georgia, a business then engaged in and affecting interstate commerce, against the will of

the employee, by means of actual and threatened force, violence, and fear of injury to the employee, in violation of Title 18, United States Code, Section 1951(a).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One, Two, Four, and Six, and Seven through 10, of this Indictment, the defendant, TERRILL BANKS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation(s), including, but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

In addition, upon conviction of one or more of the offenses alleged in this Indictment, the defendant, TERRILL BANKS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

A ___TRUE___ BILL

_____
FOREPERSON

KURT R. ERSKINE
 United States Attorney

*Stephanie Gabay-Smith*
STEPHANIE GABAY-SMITH
 Assistant United States Attorney
Georgia Bar No. 663519

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181