IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | NO. 1:22-CR-083 |
| TERRILL BANKS | : | |

MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America, by and through its counsel, Ryan K. Buchanan, United States Attorney for the Northern District of Georgia, and Stephanie Gabay-Smith, Assistant United States Attorney, and respectfully moves this Court for a continuance of the Sentencing Hearing in the above case and shows the Court the following:

1.

On March 15, 2022, a federal grand jury in the Northern District of Georgia returned an indictment charging Mr. Banks with eight (8) counts of Hobbs Act Robbery, in violation of Title 18 U.S.C. 1951(a) and one (1) counts of Brandishing a Firearm During a Crime of Violence, in violation of Title 18 U.S.C. 924(c). (Doc.

1

1).     On June 5, 2023, Mr. Banks pled guilty to three (3) counts of Hobbs Act Robbery. (Doc. 34).   The Sentencing Hearing in the above matter is currently scheduled for September 5, 2023, at 1:30 pm. (Doc. 35).[1]

2.

Counsel for the Government is scheduled to be out of the district September 4, 2023, through September 22, 2023, in order to take care of a family member and to serve as a faculty member at the National Advocacy Center in Columbia, South Carolina.

3.

The Government has contacted defense counsel, Ms. Suzanne Hashimi, concerning the request for a continuance.   Ms. Hashimi does not object to a continuance of the sentencing hearing.

---

[1] Mr. Banks initial Presentence Report (PSR) was filed on July 20, 2023. Objections to that report were due on August 4, 2023.  Neither party has filed objections to the PSR.

4.

Wherefore, the Government respectfully requests that this Court GRANT this motion for continuance and respectfully requests that the court reschedule Mr. Banks' sentencing hearing on any date during the last week of September or any other date that the court is available.

This 12th day of August, 2023.

                Respectfully submitted,
                RYAN K. BUCHANAN
                UNITED STATES ATTORNEY

                *Stephanie Gabay-Smith*

                STEPHANIE GABAY-SMITH
                ASSISTANT UNITED STATES ATTORNEY
                GEORGIA BAR NO. 663519
                600 U.S. Courthouse
                75 Ted Turner Dr., S.W.
                Atlanta, GA  30303
                (404) 581-6049
                (404) 581-6156 (FAX)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | NO. 1:22-CR-083 |
| TERRILL BANKS | : | |

ORDER

Based upon good cause shown, on motion by the Government and agreement of the parties, it is hereby ordered that the Government's motion for continuance of the Sentencing Hearing is hereby granted, and the Sentencing Hearing will be reset to _____, 2023.

This _____ day of August, 2023.

_____
LEIGH M. MAY
UNITED STATES DISTRICT COURT JUDGE

Prepared by:
Stephanie Gabay-Smith, AUSA

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | NO. 1:22-CR-083 |
| TERRILL BANKS | : | |

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

> Suzanne Hashimi
> Federal Defender Program Inc.-Atl
> Suite 1500, Centennial Tower
> 101 Marietta Street, NW
> Atlanta, GA 30303
> 404-688-7530
> Fax: 404-688-0768
> Email: Suzanne_Hashimi@FD.Org

August 12, 2023

/s/ Stephanie Gabay-Smith
STEPHANIE GABAY-SMITH
*Assistant United States Attorney*