IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA    :
    :
    :    CRIMINAL ACTION
    v.    :
    :
    :    NO. 1:22-CR-083
TERRILL BANKS    :

## ORDER

Based upon good cause shown, on motion by the Government and agreement of the parties, it is hereby ordered that the Government's motion for continuance of the Sentencing Hearing is hereby granted, and the Sentencing Hearing will be reset to **Tuesday, October 3, 2023 at 10:00 a.m.** in Courtroom 2107.

This   __14th__   day of August, 2023.

_____
LEIGH M. MAY
UNITED STATES DISTRICT COURT JUDGE

Prepared by:
Stephanie Gabay-Smith, AUSA

4